UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-61570-CIV-MORENO

JIMMY KENNETH BONEY,

    Plaintiff,

vs.

SCOTT HICKEY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's *In Forma Pauperis* Complaint **(D.E. No. 1)**, filed on **July 9, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 6)** on **July 24, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation and notes that Plaintiff has not filed any objections and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 6)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's case is DISMISSED without prejudice. The Court notes that Plaintiff has filed numerous complaints in this Court, all of which have been dismissed for one reason or another. *See* Case No. 07-60122-CIV-COOKE (dismissed for failure to state a claim); Case No. 09-60124-CIV-MOORE (dismissed for lack of prosecution and failure to comply with

court orders); Case No. 10-62519-CIV-COHN (dismissed for failure to state a claim). Accordingly, this case is dismissed pursuant to 28 U.S.C. § 1915(g), which prohibits prisoners from filing a civil action *in forma pauperis* if the prisoner, while incarcerated, has on three or more prior occasions brought an action in a court of the United States that was dismissed for failure to state a claim or for frivolity. The only exception is when a prisoner claims he is under imminent danger of serious physical injury. Plaintiff, here, is seeking the return of a wallet allegedly lost during his arrest; this claim certainly does not meet the exception to 28 U.S.C. § 1915(g). Accordingly, the Court dismisses the complaint without prejudice. It is also

ADJUDGED that all pending motions are DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of August, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Jimmy Kenneth Boney, *pro se*
Jail No. 570607148
P.O. Box 407016
Fort Lauderdale, Florida 33340